# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Raenetta Whittington v. Bayer Corporation, et al.* | No. 10-cv-12442-DRH |
| *Stephanie Brazil v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10933-DRH |
| *Rebecca M. Saunders v. Bayer Corporation, et al.* | No.12-cv-11314-DRH |
| *Rose Chavez v. Bayer Pharma AG, et al.* | No. 14-cv-10242-DRH |
| *Holly Short v. Bayer Pharma AG, et al.* | No. 14-cv-10279-DRH |
| *Jessica Rieniets, et al. v. Bayer Pharma AG, et al.* | No. 14-cv-10278-DRH |
| *Margaret Sisco, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12811-DRH |
| *Teresa Beckwith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12859-DRH |
| *Mary Angela Carpenter, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12276-DRH |
| *Christina Eleanor v. Bayer Corporation, et al.* | No. 10-cv-10077-DRH |
| *Jill Fender v. Bayer Corporation, et al.* | No. 09-cv-20036-DRH |
| *Nermin Huber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11684-DRH |
| *Jennifer Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20005-DRH |

*Kimberly Marchant v. Bayer HealthCare*          No. 10-cv-11850-DRH
*Pharmaceuticals Inc., et al.*

*Shirley Trujillo v. Bayer HealthCare*          No. 10-cv-13237-DRH
*Pharmaceuticals Inc., et al.*

*Kristine Ubben v. Bayer HealthCare*          No. 10-cv-11694-DRH
*Pharmaceuticals Inc., et al.*


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 19, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:   /s/*Caitlin Fischer***
                                                **Deputy Clerk**

Digitally signed
by Judge David R.
Herndon
Date: 2016.04.21
13:43:59 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT

2